FILED
CLERK, U.S. DISTRICT COURT

MAR 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS L. HOPPER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R.K. WONG, WARDEN,<br><br>　　　　Respondent. | CASE NO. SA CV 06-768-AHS (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: MAR 20 2008.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ALICEMARIE H. STOTLER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\HOPPER, D 768\Order accep r&r.wpd